ALLEN D. BRIGGS, Respondent, *v.* THOMAS H. GROVES, Appellant.

(Argued January 29, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 25, 1890, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*John D. Lynn* for appellant.

*Isaac S. Signor* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

THE RELIABLE STEAM POWER COMPANY, Respondent, *v.* THE SOLIDARITY WATCH CASE COMPANY, Appellant.

(Argued February 1, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 23, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Charles H. Machin* for appellant.

*Joshua M. Van Cott* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.